UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1864(JMR/FLN)

| | | |
|---|---|---|
| Keith Russell Judd | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America and | ) | |
| Constance Reese, Warden | ) | |

Defendant objects to the Report and Recommendation, issued August 23, 2000, by the Honorable Franklin L. Noel, United States Chief Magistrate Judge. Defendant's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2). Defendant also filed an "Emergency Motion for Immediate Release" and a "Motion to Declare State Laws Prohibiting Convicts from Voting in Federal Elections as Unconstitutional; and, Motion to Amend [to Add] All 50 States as Defendants for Injunctive Relief Pursuant to Fed. R. Civ. P., Rule 15(a)."

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

1. The Clerk of Court is directed to immediately transfer this action to the United States District Court for the Western District of Texas, pursuant to 28 U.S.C. §§ 1406(a) and 1631.

FILED NOV 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

2. Defendant's motions, detailed above [Docket Nos. 5 & 6], are denied as moot.

Dated: November 15, 2000

JAMES M. ROSENBAUM
United States District Judge